IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EILEEN THEDINGA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>          Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 05-5958 (JBS)<br><br>**<u>ORDER</u>** |

This matter having come before the Court upon Plaintiff Eileen Thedinga's application to review the final decision of the Commissioner of Social Security Administration denying her application for Supplemental Security Income Benefits under Title XVI of the Social Security Act and for Disability Insurance Benefits under Title II of the Social Security Act; this Court having considered the record and the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __**17th**__ day of **March, 2008** hereby

ORDERED and ADJUDGED that the Commissioner's decision shall be, and hereby is, VACATED and REMANDED for further proceedings

consistent with the instructions and directives set forth in the accompanying Opinion.

                                       **s/ Jerome B. Simandle**
                                       JEROME B. SIMANDLE
                                       United States District Judge